

1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2727

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   NO. 2:12-MJ--277 DAD
                                    )
            Plaintiff,              )
       v.                           )   SEALING ORDER
                                    )
DANIEL GHERASIM,                    )
                                    )
            Defendant.              )
                                    )

    Upon application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the complaint, arrest warrant, and accompanying affidavit in the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Date: October 25, 2012

_____
DALE A. DROZD
United States Magistrate Judge