FILED
October 26, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:12MJ00277-DAD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
DANIEL GHERASIM, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL GHERASIM</u>, Case No. <u>2:12MJ00277-DAD</u>, Charge <u>Title 18 USC §§ 1014; 1344; 1957</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other) <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 26, 2012</u> at <u>2:30</u> pm.

By /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge